**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00504-CV

### CARLETTA GUILLORY, ET AL., Appellants

### V.

### WILLIAM E. DIETRICH, Appellee

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 94304-CC2**

## ORDER

Before the Court is appellants' November 13, 2018 unopposed motion for an extension of

time to file a reply brief. We **GRANT** the motion and extend the time to **December 14, 2018**.

/s/     ADA BROWN
         JUSTICE